**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| **Elise White,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No. 14-5032-CV-SW-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed October 13, 2015 [Doc. 24]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed October 13, 2015 [Doc. 24] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees and expenses in the amount of $6,023.90.


　　　　　　　　　　　　　　　　　　　 */s/ John T. Maughmer*
　　　　　　　　　　　　　　　　　　　 **John T. Maughmer**
　　　　　　　　　　　　　　　　 **United States Magistrate Judge**